No 4.

*McDonell*

*vs*

*Hudson*

filed 20th Sep$^t$ 1818

*John McDonnell*    }
      *vs*         }    in case
*Henry Hudson*   }

   The Defendant in the above Action by his Counsel moves the Court that the writ issued in the above action be quashed, Because the def$^t$ saith that the said writ of the Pltff. was issued by the Clerk on the 18 January 1817 without any precipie being filed by the Pltff to warrant the issuing thereof

McDOUGAL & SIBLEY

And because the said writ since the issuing thereof has been altered and made to correspond with a paper said to be filed in s$^d$ Cause on the 22$^d$ of July 1817.

McDOUGALL & SIBLEY

[In the handwriting of Solomon Sibley]